

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| H.B. ELECTRONICS, INC. AND H.B. ELECTRONICS, | § | No. 08-15-00353-CV |
|  | § | Appeal from the |
| Appellants, | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| MARIA L. BUENO, | § | (TC# 2012-DCV03302) |
| Appellee. | § |  |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to dismiss the appeal because the parties have resolved the dispute. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

STEVEN L. HUGHES, Justice

August 24, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.